■ AMPEX CORPORATION, Respondent, v ROBERT HELLER ASSOCIATES, INC., Appellant.—Order, Supreme Court, New York County, entered on or about August 15, 1978, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Lupiano, JJ.

■ BALLON, STOLL & ITZLER, Respondent, v FIRST ADJUSTERS, INC., as Successors to Signature Records, Inc., et al., Appellants.—Order, Supreme Court, New York County, entered on September 14, 1978, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The time to serve answers to the interrogatories is extended to 20 days after service of a copy of the order of this court, with notice of entry. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Lupiano, JJ.

■ In the Matter of ANTHONY VENTURO et al., Petitioners, v NATHANIEL T. HELMAN et al., Respondents. JOSEPHINE DELLI PAOLI, Respondent, v ANTHONY VENTURO et al., Appellants.—Application in the nature of a writ of prohibition pursuant to CPLR article 78, unanimously denied and the petition dismissed. Respondents shall recover of petitioners one bill of $75 costs and disbursements of this proceeding. The order of this court entered on January 18, 1979 [67 AD2d 835] is vacated. No opinion. Concur—Lupiano, J.P., Silverman, Fein, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE JAMES REID, Appellant.—Judgment, Supreme Court, New York County, rendered on October 12, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Appellant has been afforded ample time in which to file a supplemental brief, but has failed to avail himself of that opportunity. Concur—Kupferman, J. P., Evans, Sandler, Lane and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ORSILINI, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 25, 1976, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Sandler, Lane, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS REGA, Appellant.—Judgment, Supreme Court, New York County, rendered on June 2, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Sandler, Lane, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SMITH, Also Known as WILLIAM STEWART, Appellant.—Judgment, Supreme Court, New York County, rendered on September 7, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on appeal. Concur—Birns, J. P., Evans, Fein, Sullivan and Lupiano, JJ.